# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE | Master Docket No. 1:12-cv-10064 |
| CAPITAL ONE TELEPHONE | MDL No. 2416 |
| CONSUMER PROTECTION ACT | |
| LITIGATION | |
| This document relates to: | |
| TRENACE DAVIS, | Case No: 1:13-cv-03510 |
| v. | |
| CAPITAL ONE BANK (USA), N.A. | |

## AGREED ORDER TO DISMISS WITH PREJUDICE

Pursuant to the Joint Stipulation to Dismiss with Prejudice filed by the parties:

IT IS HEREBY ORDERED that *Trenace Davis v. Capital One Bank (USA), N.A. 13 C 3510* is dismissed in its entirety, with prejudice, each party bearing its own attorney's fees and costs, pursuant to Fed. R. Civ. P. 41(a). Civil Case Terminated.

September 25, 2014

JAMES F. HOLDERMAN
United States District Judge